COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-056-CV

 

 

IN RE
CHARLES D. NEWBERRY                                                 RELATOR

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have
considered relator=s petition for writ of mandamus
and ARespondent=s
Response To Petition For Writ Of Mandamus And Motion To Dismiss Appeal As Moot,@ wherein
respondent indicates that he vacated the January 22, 2009 order complained of
by relator in his petition for writ of mandamus, thus rendering relator=s
petition for writ of mandamus as moot. 
It is the court=s opinion that respondent=s motion
should be granted.  Accordingly, we
dismiss relator=s petition for writ of mandamus
as moot.

PER
CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and MEIER, J.

DELIVERED: 
March 11, 2009











     [1]See
Tex. R. App. P. 47.4.